_____ FILED   _____ ENTERED
_____ LODGED   _____ RECEIVED

DEC 18 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR14-360 JLR |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| JEFFREY FORD HANSON, | ) | |
| Defendant. | ) | |

Offense charged:

International Parental Kidnapping

Date of Detention Hearing:    December 18, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    In recent years, defendant's life style has revolved around residing on, and sailing, his 35-foot boat.  He says he has been sailing around the world for the past eleven years.  The offense alleged in this case is that he took his nine-year-old son to the South Pacific, in violation of a parenting order.  Law enforcement authorities pursued him from Seattle, and finally located him and arrested him on the island of Niue.

(2)    Defendant is not employed.  He claims to be employed working on boats when he is not traveling.

(3)    He has no established residence on land, and lived on his boat in a local marina until he left on his recent trip to the South Pacific.

(4)    When he suspected that law enforcement authorities were searching for him on this charge, he says he threw his cell phone into some bushes, so they could not track him.

(5)    He has abused various substances for many years.  He used methamphetamine daily up until his departure on his recent voyage.  He has also abuse alcohol, and has used cocaine and oxycodone.  He told authorities he does drugs whenever he can.

(6)    He is divorced.  His ex-wife and their son reside in Pennsylvania.  His father and brother live in California.

(7)    Defendant's suggestion that he could reside with a supportive friend in Seattle would not provide reasonable assurance he would make his court appearances,

DETENTION ORDER
PAGE -2

01    even if the court included a location-monitoring condition.

02    (8)    Defendant now suggests that the court require him to participate in substance

03    abuse treatment.  But when asked by the Pretrial Services Officer in the

04    Central District of California if he was interested in substance abuse treatment,

05    defendant responded, "What for?"  He said he tried Alcoholics Anonymous for

06    one week, but they were all "a bunch of fags."  It seems very unlikely

07    defendant would benefit from a court-required treatment program.

08    (9)    Pretrial Services Officers who have interviewed defendant have expressed

09    concern about possible mental health issues.

10    (10)    For all the foregoing reasons, the court concurs in the recommendations of the

11    Pretrial Services Offices in the Central District of California, and in this

12    district,  that defendant be detained.

13    It is therefore ORDERED:

14    1.  Defendant shall be detained pending trial and committed to the custody of the

15    Attorney General for confinement in a correction facility separate, to the extent

16    practicable, from persons awaiting or serving sentences or being held in custody

17    pending appeal;

18    2.  Defendant shall be afforded reasonable opportunity for private consultation with

19    counsel;

20    3.  On order of the United States or on request of an attorney for the Government, the

21    person in charge of the corrections facility in which defendant is confined shall deliver

22    the defendant to a United States Marshal for the purpose of an appearance in

01    connection with a court proceeding; and

02   4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03      for the defendant, to the United States Marshal, and to the United State Pretrial

04      Services Officer.

05      DATED this ___18___ day of December, 2014.

06

07                    John L. Weinberg
                   United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -4